UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Chakotay Bobbie James Johnson,   Civil No. 24-1858 (PJS/LIB)

    Plaintiff,

vs.   ORDER ADOPTING
REPORT AND RECOMMENDATION

Daniel K. Lew; State of Minnesota
Sixth Judicial District Public Defender's
Office; and Center for Changing Lives,

    Defendants.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. This matter is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

2. The application to proceed in forma pauperis of Plaintiff Chakotay Bobbie James Johnson, [Docket No. 2], is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 7/1/2024                                     s/Patrick J. Schiltz
At Minneapolis, Minnesota                   Patrick J. Schiltz, Chief Judge
                                                                 United States District Court